UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

*FILED UNDER SEAL*

FILED

2019 APR 30 P 3:07

U.S. DISTRICT COURT
NEW HAVEN CT.

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel* MIGDALIA BURGOS, and THE STATE OF CONNECTICUT, | |
| | Civil Action No. 3:19-CV-652(MPS) |
| **Plaintiffs,** | |
| vs. | |
| **OPTIMUS HEALTH CARE, INC.,** | |
| **Defendant.** | |

**FALSE CLAIMS ACT COMPLAINT**

I.   **INTRODUCTION**

The Plaintiff Relator Migdalia Burgos brings this action against defendant Optimus Health Care, Inc. (Optimus) on behalf of herself and the United States of America and the State of Connecticut to recover monies defendant wrongfully obtained from the Medicare and Medicaid programs through false and fraudulent claims for payment. For their causes of action, the plaintiffs allege as follows:

II.   **NATURE OF ACTION**

1.   The Plaintiffs bring this action to recover statutory damages and civil penalties under the federal False Claims Act, 31 U.S.C. §§ 3729-3733 ("FCA"), and the Connecticut False Claims Act, as amended, Conn. Gen. Stat. §§ 4-274 through 4-289.

2.   This action arises out of the defendant's improper submission of claims to the Medicare and Medicaid programs for services subject to dual coverage conditions of payment.

1

III.    JURISDICTION

3.      This Court has subject matter jurisdiction to entertain this False Claims Act action under 28 U.S.C. §§ 1331 and 1345. The Court possesses supplemental jurisdiction to entertain the Connecticut state law causes of action pursuant to 28 U.S.C. § 1367(a) and 31 USC §3732(b).

4. This Court has personal jurisdiction over the defendant pursuant to 31 U.S.C. § 3732(a) because defendant resides in and transacts business in this District, and because defendant committed acts within this District that violated 31 U.S.C. § 3729.

5. To the knowledge of the Relator, jurisdiction over this action is not barred by 31 U.S.C. § 3730(e) or the parallel provisions of the State FCA statute: there is no civil suit or administrative proceeding involving the particular allegations and transactions described herein to which the United States of America or the State of Connecticut is a party; there has been no "public disclosure" of these allegations or transactions; and, in any event, Relator is an "original source" of the information upon which these allegations are based.

IV.    VENUE

6. Venue is proper in the District of Connecticut under 31 U.S.C. § 3732 and 28 U.S.C. § 1391(b) because defendant resides and transacts business in this District, and because defendant committed acts within this District that violated 31 U.S.C. § 3729.

V.    PARTIES

Optimus Health Care

7. Optimus Health Care Inc. (Optimus) is the largest provider of primary health care services in southwestern Connecticut. It employs over 400 people and has 23 locations in

Bridgeport, Stratford, and Stamford. It is headquartered at 982 East Main Street in Bridgeport, Connecticut, 06608-2409.

8. As a Federally Qualified Health Center (FQHC), Optimus receives patient revenues and grants from the federal and state government, with the majority of its billing revenue coming from Medicare, Medicaid, and/or HUSKY.

9. On information and belief, from 2010 to 2014 Optimus outsourced its billing to a private company, and then in January 2014 brought all its billing back in house.

Migdalia Burgos

10.     The Relator is Migdalia Burgos of Stratford, Connecticut. She holds a Health Claims Specialist Diploma and is a Certified Professional Coder (CPC). Her training qualifies her to code for and bill to both Medicare and Medicaid.

11.     Relator Burgos worked at Optimus in a coding/billing capacity from February 2014 until October 2018 as a Medical Billing Senior Cycle Revenue Specialist. In that capacity she participated in daily Billing Department functions, including medical coding, charge entry, payment posting, and reimbursement management for Medicare and Medicaid (HUSKY).

VI.     **THE FEDERAL FALSE CLAIMS ACT**

12.     The FCA, 31 USC §§ 3729-3733, as amended by the Fraud Enforcement and Recovery Act of 2009, P.L. 111-21, § 4(f), 123 Stat. 1621, provides, in pertinent part:

(a)     Liability for certain acts.

In general. Subject to paragraph (2), any person who -- (A) knowingly presents, or causes to be presented, a false or fraudulent claim for payment or approval; (B) knowingly makes, uses, or causes to be made or used, a false record or statement material to a false or fraudulent claim.... or (G)...knowingly makes, uses, or causes to be made or used, a false record or statement material to an obligation to pay or transmit money or property

to the Government, or knowingly conceals or knowingly and improperly avoids or decreases an obligation to pay or transmit money or property to the Government...is liable to the United States Government....

(b)     Definitions. For purposes of this section—

(1)     the terms "knowing" and "knowingly" (A) mean that a person, with respect to information (i) has actual knowledge of the information; (ii) acts in deliberate ignorance of the truth or falsity of the information; or (iii) acts in reckless disregard of the truth or falsity of the information; and (B) require no proof of specific intent to defraud;

(2)     the term "claim" (A) means any request or demand, whether under a contract or otherwise, for money or property and whether or not the United States has title to the money or property, that (i) is presented to an officer, employee, or agent of the United States; or (ii) is made to a contractor, grantee, or other recipient, if the money or property is to be spent or used on the Government's behalf or to advance a Government program or interest, and if the United States Government (I) provides or has provided any portion of the money or property requested or demanded; or (II) will reimburse such contractor, grantee, or other recipient for any portion of the money or property which is requested or demanded.

(3)     the term "obligation" means an established duty, whether or not fixed, arising from . . . statute or regulation, or from the retention of any overpayment.

## VII.     THE CONNECTICUT FALSE CLAIMS ACT

13.     The Connecticut False Claims Act provides, in pertinent part that:

(a)     No person shall:

(1)     Knowingly present, or cause to be presented, a false or fraudulent claim for payment or approval under a state-administered health or human services program;

(2)     Knowingly makes, use or cause to be made or used, a false record or statement material to a false or fraudulent claim under a state-administered health or human services program;

(b)     Any person who violates the provisions of

subsection (a) of this section shall be liable to the state. . . .

4

* * *

> As used in ... section 4-275: (1) "knowing" and knowingly"
> means that a person, with respect to information: (A) has
> actual knowledge of the information; (B) acts in deliberate
> ignorance of the truth or falsity of the information; or (C) acts
> in reckless disregard of the truth or falsity of the information,
> without regard to whether the person intends to defraud; . . .
> (7) "State-administered health or human services program"
> means programs administered by any of the following: . . . the
> Department of Social Services . . . including such programs
> reimbursed in whole or in part by the federal government.

Conn. Gen. Stat. § 4-274 and 4-275.

## VIII.   THE MEDICARE PROGRAM

14.     Title XVIII of the Social Security Act, 42 U.S.C. §§ 1395 — 13951ckk,
establishes the Health Insurance for the Aged and Disabled Program, popularly known as
the Medicare Program.

15.     The Secretary of HHS has oversight authority for the Medicare Program and
administers the Program through the Center for Medicare and Medicaid Services ("CMS").
Payments made under the Medicare Program include payment for services rendered at
Federal Qualified Health Centers such as Optimus.

## IX.   THE MEDICAID PROGRAM

16.     Medicaid is a joint federal-state program that provides health care benefits
for certain persons, including the indigent and disabled. The federal Medicaid statutes set
forth the minimum requirements for state Medicaid programs to qualify for federal funding.
42 U.S.C. § 1396a. The federal share of each state's Medicaid payments is based on the
state's per capita income compared to the national average. 42 U.S.C. § 1396d. State
Medicaid programs pay the balance, which is referred to as the "state share." At all times

relevant to this Complaint, the "state share" for the State of Connecticut's Medicaid program was approximately fifty percent (50%).

17.    The Connecticut Department of Social Services (DSS) administers the Connecticut Medical Assistance Program ("CMAP"), which includes the Connecticut Medicaid program. The DSS Commissioner is authorized to promulgate regulations as necessary to administer the CMAP. Regs. Conn. State Agencies § 17b-262-523 (13). The DSS reimburses participating providers for healthcare services provided to CMAP beneficiaries.

18.    All healthcare providers enrolled in the CMAP must comply with applicable statutes, regulations, and policy guidelines in order to be reimbursed by the CMAP. A provider has a legal duty to have knowledge of the statutes, regulations, and policy guidelines regarding coverage for CMAP services. A provider of goods and services to CMAP recipients is obligated to adhere to CMAP requirements in order to both participate in, and receive payment from, the CMAP through the DSS. Regs. Conn. State Agencies § 17b-262522.

19.    Every person, organization, and entity that wishes to voluntarily participate as a provider in the CMAP is required to enter into a CMAP Provider Enrollment Agreement ("Provider Agreement").

20.    A CMAP provider agrees in the Provider Agreement "[t]o continually adhere to professional standards governing medical care and services and to continually meet state and federal licensure, accreditation, certification or other regulatory requirements, including all applicable provisions of the Connecticut General Statutes and any rule, regulation, or

DSS policy promulgated pursuant thereto and certification in the Medicare program, if applicable." Provider Agreement, ¶ 3.

21.    A CMAP provider further agrees to "abide by DSS' Medical Assistance Program Provider Manual(s), as amended from time to time, as well as all bulletins, policy transmittals, notices, and amendments . . . ." Provider Agreement, ¶ 10.

22.    A CMAP provider also agrees in the Provider Agreement to "submit only those claims for goods and services that are covered by the Connecticut Medical Assistance Program and documented by Provider as being . . . for compensation that Provider is legally entitled to receive . . . ." Provider Agreement, ¶ 15.

23.    By executing the Provider Agreement, the CMAP provider, or the provider's authorized representative, acknowledges to having read and understanding in its entirety the Agreement. Provider Agreement, page 7.

24.    Defendant Optimus has executed Provider Agreements while participating as a provider in the CMAP.

## X.    BILLING STANDARDS FOR DUAL MEDICARE/MEDICAID CLAIMS

25.    Many patients have coverage under both Medicare and Medicaid, and are referred to as dual coverage patients. Claims for those patients first must be submitted to Medicare for primary coverage payment, and then submitted to Medicaid for any applicable secondary coverage payments. See Chapter 5.7 of the Connecticut Department of Social Services (CT DSS) Provider Manual at page 49. Exhibit 1.

26.    When a patient is not covered by Medicare and only has Medicaid coverage, that patient is "non-covered" and Medicaid will pay the full amount of the bill.

27.     Optimus is a Federal Qualified Health Center (FQHC), and the Connecticut DSS's "Reimbursement for Services Performed on Dually Eligible (Medicare/Medicaid) Patients" <u>Provider Bulletin</u> spells out the billing standard FQHC patients with dual Medicare/Medicaid coverage:

> This provider bulletin is to remind Federally Qualified Health Centers (FQHCs) that the HUSKY Health plan is the payer of last resort for members who are dually eligible for Medicare and Medicaid. All encounters for services provided to any HUSKY Health member who is dually eligible for coverage under the Medicare and Medicaid programs must be submitted to the Medicare plan prior to being remitted to the HUSKY Health plan.
>
> <u>Reimbursement by the HUSKY Health Plan for Denied Medicare Claims</u>
> If services provided to dually eligible members are denied for reimbursement by the Medicare plan, and the service is eligible for Medicaid reimbursement, FQHCs may submit those claims for reimbursement. *Note, however, that the Department will not reimburse denied Medicare claims if the denial was based on incorrect claim submission to the Medicare plan.*

Exhibit 3 [emphasis added]. Thus, the DSS confirms Connecticut Medicaid will not reimburse any FQHC dual coverage claims that have been denied by Medicare based on an "incorrect claim submission to the Medicare plan."

28.     Similarly, there are time limits applicable to the submission of FQHC claims, and when Medicare denies a claim because it is untimely, Medicaid will not for pay it either.

29.     The Connecticut Department of Social Services confirms that for all FQHC claims, "It is the provider's responsibility to ensure that all claims for services provided to a client are submitted within one (1) year from the actual date of service." Exhibit 4. There are certain exceptions to that 1 year rule, but those exceptions only apply if "the denial was <u>not</u> for timely filing." *Id*. [emphasis in original]. And when asked directly if a FQHC can bill Medicaid for a claim that Medicare denied as untimely, the Connecticut DSS Division of Health Services-Medical Policy replied that a claim Medicare denied "due to timely filing

requirements is not an eligible service" for Medicaid payment. Exhibit 6. Accordingly, when Medicare denies a claim as untimely because it was filed beyond the time limit, the claim cannot and should not be submitted to or paid by Medicaid.

30.      Medicare Managed Care Plans (MMCP) have similar time limits on the submission of claims, and claims denied as untimely by a MMCP cannot and should not be submitted to or paid by Medicaid.

31.      Also, Medicare Managed Care plan entities will deny payment of a claim when:

- the service was performed by a doctor who is not in the member's plan (Denial Codes XAN and XAK);
- the service was not authorized by the network/primary care providers (Denial Code 243); or
- the service was not provided by the network/primary care providers (Denial Code 242).

Exhibit 5. When such a claim is denied, it is not eligible for payment by Medicaid. If the claim is submitted to Medicaid honestly disclosing the Medicare denial reason falls under XAN, XAK, 243, or 242, Medicaid will reject the claim and not pay it. *Id.*

32.      The same standard applies to Qualified Medicare Beneficiary claims. A Qualified Medicare Beneficiary (QMB) is a person for whom the government covers certain health care costs, including Medicare deductibles, coinsurances, and copays.   QMB individuals also are enrolled in Medicaid, and Optimus has several thousand QMB patients.

33.      The Connecticut DSS's Medical Assistance Program Eligibility Response Quick Reference Guide confirms that for QMB patients:

> If the Medicaid allowed amount is greater than the Medicare paid amount, benefits are limited to payment of Medicare coinsurance and deductible

amounts. *Charges that are denied, or not covered by Medicare will not be considered for payment under the QMB program.*

Exhibit 2 at p.8 [emphasis added]. Thus, the DSS confirms that Connecticut Medicaid will not reimburse any QMB patient claims that Medicare denies.

34.     Accordingly, when Medicare or a Medicare Managed Care Plan denies a FQHC claim for an "incorrect claim submission" or untimeliness reason, that claim cannot then be submitted to Medicaid for any payment at all. That is because if the provider honestly disclosed to Medicaid the reason for the Medicare or a MMCP denial, Medicaid would deny payment as well.

## XI.    OPTIMUS FRAUDULENT DUAL COVERAGE BILLING SCHEME

35.     As the conditions of payment set forth above make clear, when Medicare or a MMCP denies a dual coverage patient claim, Optimus has a choice: if possible, resubmit the claim with the necessary information to qualify for a Medicare payment, or if that is not possible, then absorb it as a loss.

36.     But instead of properly resubmitting or absorbing such claims as a loss, Optimus is fraudulently submitting such claims to Medicaid for payment in full. Optimus does so by falsely representing to Medicaid that the claim is "non-covered" by Medicare. Optimus accomplishes this by manually altering the claim to show a false Date of Denial and/or hiding Medicare's "incorrect claims submission" reason for denying the claim. As a result of Optimus's fraudulent conduct, Medicaid pays Optimus in full for those false claims.

37.     For this scheme to work, Optimus has to ensure the claims submitted to Medicaid do not show the actual Date of Denial or the CMS/MMCP "incorrect claim submission" denial reason. This means that all such claims have to be billed to Medicaid manually. They have to be billed manually for two reasons.

38.     First, they have to be manually billed in order to change the Date of Denial from the actual date to one within the applicable time limit. To generate such a false date, Optimus rebills the claim to CMS or the MMCP in order to generate a more recent denial date, and then uses that denial date as if it were the true Date of Denial.

39.     Second, Optimus has to manually change its internal EHR in order to represent the service event as "non-covered." Optimus does so by manually keying into the Medicaid claim system in order to delete the CMS/MMCP "incorrect claim submission" denial reason.

40.     On information and belief, this practice has continued from 2014 up through the present.

## XII.   **EXAMPLES OF FRAUDULENT DUAL COVERAGE BILLINGS**

41.     The categories of Medicare/MMCP denial for "incorrect claim submission" relevant here include:

- claims denied as untimely
- claims denied as lacking proper documentation
- claims denied because the provider was ineligible
- claims denied because patient is in the country illegally

42.     Medicaid assigns a unique number to each claim it pays known as the ICN#. The vast majority of claims are electronically generated and submitted without manual input. Such purely electronic claims are identified by a 220 ICN prefix number. However, a 221 ICN prefix number means the claim was manually generated, that is, a person manipulated its content by physically keying in changes.

43.     Optimus is a Federally Qualified Health Center (FQHC), and all its claims go out under the Optimus billing entity. The following are examples of dual coverage claims that Optimus submits to the HUSKY Medicaid program with actual knowledge, deliberate ignorance, or reckless disregard of the laws, regulations, and policy guidelines applicable to such dual coverage claims.

## A. Fraudulent Billing of Claims Denied by Medicare

44.   Untimely Behavioral Health Claims

ICN#2218158610774

Patient SG

DOS: October 24, 2017

On April 13, 2018 Medicare denied the claim per Code 55B00: "Requested medical records were not received within the 45-day limit; therefore, we are unable to determine the medical necessity of the services billed and this claim has been denied. . . Do not resubmit this claim."

Nevertheless, Optimus manager Blanca Roman manually altered the EHR medical record to falsely show it was a "non-covered visit"

On April 23, 2018 Blanca Roman then billed Medicaid without disclosing the valid reason for the CMS denial

As a result, Medicaid paid the $187.34 in full


Claim # C7A00DSY

Patient TC

DOS: October 25, 2017

On April 16, 2018 Medicare denied the claim per Code 56900: "Requested medical records were not received within the 45 day limit; therefore, we are unable to determine the medical necessity of the services billed and this claim has been denied. . . Do not resubmit this claim."

Nevertheless, Optimus manager Blanca Roman manually altered the EHR medical record to falsely show it was a "non-covered visit"

The May 12, 2018 Optimus Pre-Billing Analysis Report confirms it is being billed to secondary coverage (namely Medicaid)

Medicaid paid in full

45.    Medicaid Paid for Claims Denied by Medicare
ICN#2218220611792
Patient MP
DOS: April 20, 2018
On May 29, 2018 Medicare denied the claim
But on June 8, 2018 Blanca Roman billed Medicaid giving no reason for the CMS denial
As a result, on August 10, 2018 Medicaid paid in full $187.34

ICN#2218216600701
Patient KW
DOS: June 1, 2017
On July 12, 2017 Medicare denied the claim as untimely
Optimus rebilled the claim and got a denial date of April 19, 2018
Optimus then billed Medicaid using that false denial date of April 19, 2018
As a result, on August 10, 2018 Medicaid in full $185.12

ICN# 2217261609255
Patient GW
DOS: April 20, 2108
On May 30, 2018 Medicare denied the claim as untimely
But on June 8, 2018 Blanca Roman billed Medicaid falsely stating it was "non-covered"
As a result, in September 22, 2017 Medicaid paid in full $185.12

46.    Untimely Medical Services Claims
Account # 112357
Patient JA
DOS: August 30, 2016

Denied by Medicare on March 8, 2017 as untimely

Rebilled by Optimus on May 31, 2017

Again denied by Medicare on June 13, 2017

On May 18, 2018 Blanca Roman billed Medicaid, using the June 13, 2017 rebilling denial as the Date of Denial so it fell within 12 months

If Optimus had used the actual August 30, 2016 Date of Denial, Medicaid would have denied it as untimely because claim is submitted far beyond the 12-month time window


ICN# 2218249604846

Patient TH

DOS: December 20, 2016

On March 20, 2018 Optimus billed Medicare (far beyond the 12 month window)

On March 28, 2018 Medicare denied the claim as untimely

On April 30, 2018 Blanca Roman falsely billed Medicaid using the March 28, 2018 denial date as if it were the true date of denial

As a result, Medicaid paid in full $163.05


47.   Medicaid Paid for Claim Despite Unlawfully Present in United States Denial

ICN# 2218157608006

Patient MA

DOS: March 14, 2018. For billing, primary is coverage Medicare, secondary Medicaid.

On March 21, 2018 Migdalia Burgos submitted claim to Medicare.

On March 28, 2018 Medicare denied the claim per Code U538Q: "Services billed while beneficiary is unlawfully present in the United States."

Optimus billing manager Blanca Roman manually altered the EHR chart to falsely show it as a "non-covered visit"

On April 30, 2018 Blanca Roman submitted the claim to Medicaid without disclosing the reason for denial

As a result, Medicaid paid in full $163.05.

## B. Fraudulent Billing of Claims Denied by MMCP

48.   Code 243

ICN#2217320611477

Patient ME

DOS: July 24, 2017

On October 16, 2017 billed to MMCP

On November 11, 2017 MMCP denied per Code 243: "services not authorized by network/primary care providers"

On November 17, 2017 Blanca Roman manually billed Medicaid for $185.12 without disclosing it had been denied

As a result, on November 17, 2017 Medicaid paid in full $185.12


Account # 57033

Claim # C7B009GW

Patient WF

DOS: November 9, 2017

Medicare denied claim on January 26, 2018 per Code 243 "services not authorized by network/primary care providers"

On April 30, 2018 Optimus rebilled it

On May 25, 2018 Medicare again denied it

On May 25, 2018 Blanca Roman billed to Medicaid

As a result, Medicaid paid in full


ICN# 2128205600850

Patient EL

DOS: June 21, 2018

July 17, 2018 Medicare denied per code 243

On July 24, 2018 Blanca Roman billed Medicaid without disclosing Code 243 denial

As a result, on August 10, 2018 Medicaid paid in full $163.05

ICN# 2218248604676

Patient FP

MMCP denied the claim per code 243.

Optimus submitted the claim to Medicaid without disclosing the Code 243 denial

As a result, on September 7, 2018 Medicaid paid in full $163.05

49.   <u>Untimely</u>

ICN#2218183601492

Patient LS

DOS: May 4, 2017

On April 2, 2018 billed to Medicare

On April 5, 2018 Medicare denied it as untimely (the time limit for filing had expired)

On April 24, 2018 Blanca Roman manually billed it to Medicaid using the April 5, 2018 denial date and without disclosing it was denied as untimely

As a result, on July 6, 2018 Medicaid paid in full $161.12

## XIII.   <u>BILLING FOR CLAIMS BASED ON UNSIGNED MEDICAL CHARTS</u>

50.   Medicare and Medicaid require that all medical services provided be authenticated by the provider's handwritten or electronic signature.  A signed medical chart is a condition of payment for Medicaid claims. Unless the medical chart is signed as complete by the medical provider who created it, Medicaid will not pay the claim.

51.   The Electronic Health Record software system used by Optimus is Greenway Health Intergy. If the provider has not signed off on a medical chart, the Optimus Greenway Health Intergy EHR system indicates the status of the chart as WIP (Work In Progress). To bill Medicaid based on such a WIP chart is a false claim.

52.   Optimus bills Medicaid for hundreds of such claims per year. Optimus sends the WIP charts to Medicaid electronically under the Optimus NPI, listing the date of service and a diagnosis but not disclosing the fact the chart is in WIP status. Medicaid pays for the

claim in full. All the WIP chart claims that have a zero balance (indicating the claim has been paid in full) are false claims.

## XIV.   RETALIATION ALLEGATIONS

53.     Beginning in May 2018, Plaintiff Burgos realized Optimus was fraudulently submitting to Medicaid for payment in full dual coverage claims denied by Medicare, and that this apparently had been going on for years. Burgos emailed the Connecticut Department of Social Services Division of Health Services Health Policy Office asking if bills denied as untimely by Medicare can be billed to Medicaid, and the DSS replied "Denial due to timely filing requirements is not an eligible service" for Medicaid payment. Exhibit 6. Burgos raised her concerns over this practice with her supervisors Migdalia Delgado and Blanca Roman but their response was not to worry about it.

54.     Still concerned, in early July 2018 Burgos emailed the Connecticut Department of Social Services Division of Health Services Health Policy Office asking if claims denied under certain codes were reimbursable by Medicaid. Exhibit 5. The DSS confirmed such dual coverage claims denied by Medicare are not eligible for reimbursement by Connecticut's Medicaid programs. *Id.* Burgos forwarded the email answers from the Connecticut DSS to her supervisors Delgado and Roman. Exhibit 7.

55.     Between May and September of 2018, Burgos experienced increasing harassment and retaliation due to her protected activity of questioning false claims submitted to Medicaid.

56.     On September 8, 2018, Optimus disabled her access to her work computer, and Burgos complained to Optimus CEO Ludwig Spinelli and COO Karen Bailey about being harassed for bringing fraudulent Medicaid claims to the attention of her supervisors.

57.     On September 11, 2018, Burgos meet with Optimus Chief Human Resources Officer Maria Xavier-Dowski, and again pointed out she was being harassed for bringing Medicaid fraud claims to the attention of her supervisors.

58.     On October 4, 2018, Optimus handed Burgos a termination letter that specifically referenced the issue she had raised about Medicare denials being fraudulently rebilled to Medicaid.

## XV.     LEGAL CLAIMS FOR RELIEF

59.     The Relator Migdalia Burgos alleges that the conduct of the Defendant detailed above violates the False Claims Act ("FCA") of the United States, 31 U.S.C. §§ 3729-3733, and the False Claims Act statute of the State of Connecticut.  Relator brings these claims on behalf of the Federal and State governments as well as on her own behalf.

## FIRST CAUSE OF ACTION
(False Claims Act: Presentment of False Claims)
31 U.S.C. § 3729(a)(1)(A)

60.     The United States re-alleges and incorporates by reference paragraphs 1 through 52 as though fully set forth herein.

61.     Defendants knowingly presented false or fraudulent claims for payment, or knowingly caused false or fraudulent claims for payment to be presented, to the United States.

62.     By virtue of this conduct, the United States suffered damages and therefore is entitled to statutory damages under the False Claims Act, to be determined at trial, plus a civil penalty for each violation.

## SECOND CAUSE OF ACTION
(False Claims Act: Making or Using False Record or Statement)
31 U.S.C. § 3729(a)(1)(B)

63.     The United States re-alleges and incorporates by reference paragraphs 1 through 52 as though fully set forth herein.

64.     Defendants knowingly made, used, or caused to be made or used, false records or false statements material to getting false or fraudulent claims paid or approved by the United States.

65.     By virtue of this conduct, the United States suffered damages and therefore is entitled to statutory damages under the False Claims Act, to be determined at trial, plus a civil penalty for each violation.

**THIRD CAUSE OF ACTION**

(Connecticut False Claims Act: Presentation of False Claims)
Conn. Gen. Stat. § 4-275 (a) (1)

66.     The State of Connecticut realleges and reincorporates paragraphs 1 through 52 as if fully set forth herein.

67.     Defendants knowingly presented or caused to be presented false or fraudulent claims for payment or approval.

68.     By virtue of the false or fraudulent claims made by the defendants, the State of Connecticut suffered damages and therefore is entitled to statutory damages under the Connecticut False Claims Act, to be determined at trial, plus a civil penalty for each violation.

**FOURTH CAUSE OF ACTION**

(Connecticut False Claims Act: Making or Using False Record or Statement)
Conn. Gen. Stat. § 4-275 (a) (2)

69.     The State of Connecticut realleges and reincorporates paragraphs 1 through 52 as if fully set forth herein.

70.     Defendants knowingly made, used, or caused to be made or used, false records or false statements material to a false or fraudulent claim.

71.     By virtue of the false records or false statements made by the defendants, the State of Connecticut suffered damages and therefore is entitled to statutory damages under the Connecticut False Claims Act, to be determined at trial, plus a civil penalty for each violation.

## FIFTH CAUSE OF ACTION

(False Claims Act: Individual Retaliation)

31 U.S.C. 3730(h)

72.     Relator Migdalia Burgos re-alleges and incorporates by reference each and every allegation contained in the paragraphs 1 – 58 above as through fully set forth herein.

73.     Beginning in May 2018, Burgos raised with her supervisors concerns over the legality of certain dual coverage billings submitted to Medicaid by Optimus.

74.     In early July 2018 Burgos forwarded to her supervisors emails from the Health Services Policy Office of the Connecticut Department of Social Services confirming the illegality of the dual coverage billing practice she flagged.

75.     Between May and September of 2018, Burgos experienced increasing harassment and retaliation due to her protected activity of reporting false claims submitted to Medicaid.

76.     On September 8, 2018, Burgos complained to Optimus CEO Ludwig Spinelli and COO Karen Bailey about being harassed for bringing fraudulent Medicaid claims to the attention of her supervisors.

77.      On September 11, 2018, Burgos meet with Optimus Chief Human Resources Officer Maria Xavier-Dowski, and again pointed out she was being harassed for bringing Medicaid fraud claims to the attention of her supervisors.

78.      As a result of engaging in activity protected under the False Claims Act, Optimus terminated Burgos on October 4, 2018. That termination was in violation of 31 U.S.C. 3730(h).

79.      As a direct and proximate result of her unlawful termination, Burgos has suffered emotional pain and mental anguish, together with economic hardship including lost salary and income, and special damages.

## XVI.   PRAYER FOR RELIEF

**WHEREFORE**, the Relator Migdalia Burgos, on behalf of herself and the United States and the State of Connecticut, demands that judgment be entered in her favor and against the Defendant for the maximum amount of damages and such other relief as the Court may deem appropriate on each Cause of Action.  This includes, with respect to the Federal False Claims Act, three times the amount of damages to the Federal Government plus civil penalties of no more than $22,363 and no less than $11,181 for each false claim, all costs and expenses including attorney fees, and any other recoveries or relief provided for under the Federal False Claims Act. And with respect to the individual retaliation Cause of Action, this includes damages for her emotional pain and mental anguish, economic hardships including lost salary and income, and special damages.

With respect to the State of Connecticut statutes cited above, this Request also includes the maximum damages permitted by those statutes and the maximum fine or penalty permitted by those statutes, all costs and expenses including attorney fees, and any other recoveries or relief provided for under the State Connecticut False Claims Act.

21

Further, Relator requests that she receive the maximum amount permitted by law of the total proceeds of this action or settlement of this action collected by the United States and the State of Connecticut, plus reasonable expenses necessarily incurred, and reasonable attorney's fees and costs.  Relator requests that her award be based upon the total value recovered, both tangible and intangible, including any amounts received from individuals or entities not parties to this action.

XVII.   **DEMAND FOR JURY TRIAL**

   ***A jury trial is demanded in this case.***

Dated: April 30, 2019

                            **RESPECTFULLY SUBMITTED,**

                            **ATTORNEY FOR RELATOR**
                            **MIGDALIA BURGOS:**

          By: _____
                            Charles C. Goetsch, Esq.  [ct00776]
                            CHARLES GOETSCH LAW OFFICES, LLC
                            405 Orange Street
                            New Haven, CT  06511
                            Tel.:  (203) 672-1370
                            Fax:  (203) 776-3965
                            E-mail:  charlie@gowhistleblower.com

# EXHIBIT 1

# 5.7 Medicare Coinsurance and/or Deductible Claim Submission

*The preparation of this document was financed under an agreement with the Connecticut Department of Social Services.*

## Overview

A Medicare coinsurance and/or deductible claim is a claim that is submitted to DXC Technology for processing Medicare coinsurance and/or deductible amounts for a Connecticut Medical Assistance Program client. When Medicare has allowed the claim, this type of claim is referred to as a "crossover claim". When Medicare has denied a claim, it is no longer a "crossover claim", it is a straight Medicaid claim.

When a client has both Medicare and Medicaid coverage, the provider must submit a claim to Medicare for a covered service **before** submitting the charges to Medicaid. Refer to Chapter 4, Client Eligibility, for instructions on how to determine if a client has Medicare coverage.

For additional detailed information on other insurance and Medicare billing, providers should refer to Chapter 11 of the Provider Manual. This chapter is available at www.ctdssmap.com, by selecting Information, then Publications, and scrolling down to Provider Manuals Chapter 11. From the drop down box, select the appropriate chapter based on claim type.

### Automated Claims

The Centers for Medicare & Medicaid Services (CMS) has obtained the services of a Coordination of Benefits Contractor (COBC) that will receive claims from all Medicare Part A intermediaries and Medicare Part B carriers and automatically submit a Medicare paid claim for a client who also has Medicaid coverage and an unpaid coinsurance or deductible amount to DXC Technology for processing. Only claims that have been allowed by Medicare will be submitted to DXC Technology for processing. Claims with a Medicare denial will not be automatically sent to DXC Technology for processing.

If a service is covered by Medicare, the provider must submit the claim to the Medicare intermediary or carrier. The claim must be on the appropriate claim form or in the ASC X12N 837 electronic claim submission format specified by the intermediary or carrier.

| Requirements for Automated Submission | To ensure that the claim is selected for automated submission to DXC Technology, providers must adhere to their intermediary or carrier's secondary coverage requirements for Medicare claim submission. Providers should identify all secondary coverage information on each Medicare claim submitted on paper or electronically. If this information is not identified on the Medicare claim, the claim may not be selected for automated submission to Medicaid. Questions regarding requirements should be directed to your Medicare intermediary or carrier. |
|---|---|

The preparation of this document was financed under an agreement with the Connecticut Department of Social Services.

# *EXHIBIT 2*

# DSS Medical Assistance Program
## ELIGIBILITY RESPONSE QUICK REFERENCE GUIDE

| *HUSKY C or HUSKY D* | | |
|---|---|---|
| Client Population | **HUSKY C** - Aged, blind, disabled individuals who receive Medicaid benefits<br>**HUSKY D** - Low Income Adults who receives Medicaid benefits | |
| Program Benefits | All Medicaid Covered Services | Client Assistance Center (CHNCT)<br>1-800-859-9889 |
| | HUSKY D program benefits also include:<br>Residential Substance Abuse Treatment, Institution for Mental Disease Services for ages 21-64 and Recovery Supports Program provided by the Department of Mental Health and Addiction Services. | Advanced Behavioral Health<br>1-800-606-5677 |
| Prior Authorization Requests | **Dental Services BeneCare** | Provider Relations Member Services<br>www.ctdhp.com<br>1-888-445-6665<br>1-866-420-2924 |
| | **Behavioral Health Services**   For a list of diagnosis codes that fall under Behavioral Health, please visit the DSS Fee Schedule Instructions located at www.ctdssmap.com Provider / Provider Fee Schedule Download / Provider Fee Schedule Instructions (table 10).<br><br>• Home Health Services<br>• Psychiatric Inpatient & Outpatient Hospitals<br>• Independent Practitioners<br>• Freestanding Mental Health<br>• Medical, Methadone & Rehabilitation Clinics<br>• Alcohol & Drug Centers<br>• Federally Qualified Health Centers<br>• Psychiatric Residential Treatment Facilities | CT Behavioral Health Partnership (CTBHP)<br>1-877-552-8247 or go to www.ctbhp.com |
| | **Non-Behavioral Health Services  - All Home Health Services**<br>Initial requests, Increase in service or change in plan of care, Reauthorization of services or Modifications  to existing PA<br><br>• Customized Wheelchairs<br>• Durable Medical Equipment<br>• Medical/Surgical Supplies<br>• Outpatient Hospital<br>• Professional Surgical Services<br>• Laboratory procedures and Outpatient Surgery<br>• Physical, Occupational & Speech Therapy Initial<br>• Request and Reauthorization Portal<br>• Urgent DME & Hospital Providers | Clear Coverage Online Portal www.ct.gov/husky<br>Fax PA form to (203) 265-3994<br><br>Phone: 1-800-440-5071<br>Mon-Fri 8 am to 7 pm |
| | Inpatient Hospital<br>(Non-Behavioral Health) | CHNCT<br>1-800-440-5071 |

| Prior Authorization Requests | | FAX (203) 265-3994 or Clear Coverage Online Portal www.ct.gov/husky |
|---|---|---|
| | Inpatient Hospital (Behavioral Health Services) | CT Behavioral Health Partnership (CTBHP) 1-877-552-8247 |
| | Advanced imaging and nuclear cardiology studies | www.ct.gov/husky Radiology Authorization Portal Or Fax PA forms: eviCore 1-888-693-3210 |
| | Money Follows the Person (MFP-non CHC, ABI or PCA ) Client Services Note: MFP Home Health and non-medical services for CHC, ABI or PCA waiver clients are entered by the Access or Case Management Agencies via the Care Plan portal. Those not auto approved go into the DSS work flow for approval | Fax PA form to DXC Technology (860) 269-2137 |
| | Pharmacy Services | Contact DXC Technology Pharmacy Prior Authorization Assistance Call Center Prescriber/Pharmacist Relations 1-866-409-8386 Fax (860) 269-2035 Client Assistance (Pharmacy only) 1-866-409-8430 |
| HUSKY C & D Non-emergency Transportation | Non-emergency Ambulance & Air Transport for Medicaid clients Transportation prior authorization & claim submission for nonemergency taxi, livery, wheelchair or van transport | Veyo 1-855-478-7350 |
| Claims | Submit All Claims for Services Listed Above to DXC Technology | DXC Technology www.ctdssmap.com |

| HUSKY A | | |
|---|---|---|
| Client Population | HUSKY A (HealthCare for Uninsured Kids & Youth) children, families & caregivers who receive Medicaid benefits | |
| Program Benefits | All Medicaid covered Services | CHNCT Call Center 1-800-859-9889<br><br>HUSKY A Client Services 1-877-284-8759 www.ct.gov/husky |
| Prior Authorization Requests | **Behavioral Health Services**<br>For a list of diagnosis codes that fall under Behavioral Health, please visit the DSS Fee Schedule Instructions located at www.ctdssmap.com / Provider / Provider Fee Schedule Download / Provider Fee Schedule Instructions (table 10).<br><br><ul><li>Home Health Services</li><li>Psychiatric Inpatient & Outpatient Hospitals</li><li>Independent Practitioners</li><li>Freestanding Mental Health Medical</li><li>Methadone & Rehabilitation Clinics</li><li>Alcohol & Drug Centers</li><li>Federally Qualified Health Centers</li><li>Psychiatric Residential Treatment Facilities</li><li>DCF Residential</li><li>Adult Mental Health Group Home</li></ul> | CT Behavioral Health Partnership (CTBHP) 1-877-552-8247 or go to www.ctbhp.com |
| | **Non-Behavioral Health Services – All Home Health Services**<br>Initial requests, Increase in service or change in plan of care, Reauthorization of services or Modifications to existing PA<br><ul><li>Customized Wheelchairs</li><li>Durable Medical Equipment</li><li>Medical/Surgical Supplies</li><li>Outpatient Hospital</li><li>Professional Surgical Services</li><li>Durable Medical Equipment</li><li>Medical/Surgical Supplies</li><li>Outpatient Hospital</li><li>Professional Surgical Services</li><li>Laboratory procedures and Outpatient Surgery</li><li>Physical, Occupational & Speech Therapy</li><li>Initial Request and Reauthorization</li><li>Urgent DME & Hospital Providers</li></ul> | Clear Coverage Online portal www.ct.gov/husky Fax PA form to (203) 265-3994 Phone 1-800-440-5071 Mon-Fri 8 am - 7 pm |
| | **Inpatient Hospital**<br>(Non-Behavioral Health) | Contact CHNCT 1-800-440-5071 Fax (203) 265-3994 OR, Clear Coverage Online Portal www.ct.gov/husky |

November 2018

| Prior Authorization Requests | Inpatient Hospital (Behavioral Health) | Contact CTBHP 1-877-552-8247 |
|---|---|---|
| | Advanced imaging and nuclear cardiology studies | www.ct.gov/husky "Radiology Authorization Portal" Fax PA forms: eviCore 1-888-693-3210 |
| | Money Follows the Person (MFP-non CHC) | Client Services Fax PA form to DXC Technology (860) 269-2137 |
| | Dental Services | BeneCare Provider Relations Prior Authorization www.ctdhp.com 1-888-445-6665 Member Services 1-866-420-2924 |
| | Pharmacy Services | DXC Technology Pharmacy Prior Authorization Assistance Call Center Prescriber/Pharmacist Relations Phone: 1-866-409-8386 Fax: (860) 269-2035 Client Assistance (Pharmacy Only) 1-866-409-8430 |
| Non-emergency Transportation | Transportation prior authorization & claim submission for nonemergency taxi, livery, wheelchair, ambulance or van transport | Veyo 1-855-478-7350 |
| Claims | Submit All Claims for Services Listed Above to DXC Technology | www.ctdssmap.com |

| "HUSKY C, Acquired Brain Injury Waiver or Acquired Brain Injury II Waiver" | | |
|---|---|---|
| Client Population | Medicaid client, age 18 to 64 with acquired brain injury and has an approved care plan by the DSS Community Options unit via the Access Agency Assessment | |
| Program Benefits | All Medicaid Covered Services as presented on page 1 under the eligibility response for "HUSKY C" plus specific behavioral & support services. | ABI eligibility questions 1-800-445-5394 |
| Prior Authorization Requests | In addition to those listed on page 1 under the Prior Authorization Section under the eligibility response for "HUSKY C", Prior Authorization is also required for clients covered under the Acquired Brain Injury waiver for medical services in excess of the allowed and/or if the primary diagnosis is behavioral health. Prior authorization is requested by the Case Management Agency as follows: | |
| | Non-Behavioral Health , Home Health Services<br><br>All ABI services must be submitted through the ABI care plan portal by the Case management Agencies.  Providers with PA questions related to their care plans should contact the applicable Case Management Agency Care Manager. | Case Management Agencies:<br><br>Connecticut Community Care (CCCI) (860) 589-6226 (Bristol office)<br><br>South Western Area on Aging (SWCAA) (203) 333-9288<br><br>Western Area on Aging (203) 465-1000 |
| | Behavioral Health , Home Health Services<br>For a list of diagnosis codes that fall under Behavioral Health, please visit the DSS Fee Schedule Instructions located at: www.ctdssmap.com / Provider / Provider Fee Schedule Download / Provider Fee Schedule Instructions (table 10). | CT Behavioral Health Partnership (CTBHP) 1-877-552-8247 or www.ctbhp.com |
| Claims | For all Electronic Visit Verification mandated services claims must be submitted via Santrax or via the alternate claim solution for dates of service on or after January 1, 2018 to DXC Technology.  For all non EVV mandated services claims must be submitted directly to DXC Technology. | www.ctdssmap.com |

| "HUSKY C, " Connecticut Home Care Community Based Case Managed Waiver" or "Connecticut Home Care 1915i Case Managed" | | |
|---|---|---|
| Client Population | Medicaid client, age 65 & older, determined to need case management (i.e. is unable to manage their own care or has no one to do so on their behalf) & has an approved Connecticut Home Care (CHC) plan of care based on the Access Agency Assessment | |
| Program Benefits | All Medicaid Covered Services as presented on page 1 under the eligibility response for "HUSKY C" plus Connecticut Home Care home health & community services based on an approved plan of care by the DSS Community Options Unit via the Access Agency Assessment | CHC eligibility questions 1-800-445-5394 |
| Prior Authorization Requests | In addition to those listed on page 1 under the Prior Authorization Section under the eligibility response for "HUSKY C", Prior Authorization is also required for clients covered under the Connecticut Home Care Program for medical services in excess of the allowed and/or if the primary diagnosis is behavioral health. Prior authorization is also required for certain non-medical services as noted on the CHC fee schedule. Prior authorization is requested by the Access Agency Care Manager as follows: | |
| | Non-Behavioral Health - Home Health Services<br>All CHC services requiring PA must be submitted through the CHC care plan portal by the Access Agencies.  Providers with PA questions related to their | Access Agencies: Connecticut Community Care (CCCI) |

| | | |
|---|---|---|
| | care plans should contact the applicable Access Agency Care Manager. | (860) 589-6226 (Bristol office) |
| Prior Authorization Requests | | South Central Area on Aging (SCCAA) (203) 752-3040 South Western Area on Aging (SWCAA) (203) 333-9288 Western Area on Aging (203) 465-1000 |
| | **Behavioral Health - Home Health Services** For a list of diagnosis codes that fall under Behavioral Health, please visit the DSS Fee Schedule Instructions located at www.ctdssmap.com Provider / Provider Fee Schedule Download/ Provider Fee Schedule Instructions (table 10). | CT Behavioral Health Partnership (CTBHP) 1-877-552-8247 or go to  www.ctbhp.com |
| Claims | For all Electronic Visit Verification mandated services claims must be submitted via Santrax or via the alternate claim solution for dates of service on or after January 1, 2018 to DXC Technology.  For all non EVV mandated services claims must be submitted directly to DXC Technology. | www.ctdssmap.com |

| *"HUSKY C,  Connecticut Home Care Self Directed Waiver" or "Connecticut Home Care 1915i Self Directed"* | | |
|---|---|---|
| Client Population | Medicaid client, age 65 & older, is able or has someone on their behalf to manage their care, (i.e. arrange care with providers) & has an approved Connecticut Home Care (CHC) plan of care based on the Access Agency Assessment. | CHC Eligibility Questions 1-800-445-5394 |
| Program Benefits | All Medicaid Covered Services as presented on page 1 under the eligibility response for *"HUSKY C"* plus Connecticut Home Care home health & community services based on an approved plan of care by the DSS Community Options Unit via the Access Agency Assessment | |
| Prior Authorization Requests | **In addition to those listed above under the Prior Authorization Section on page 1 under the eligibility response for "HUSKY C", Prior Authorization is also required for home health services in excess of the allowed.** | |
| | **Non-Behavioral Health - Home Health Services** including Non-medical highly chore and minor home modification Note: All services are required to be on the Care Plan Portal. | DSS Community Options Unit 1-800-445-5394 |
| | **Behavioral Health - Home Health Services** For a list of diagnosis codes that fall under Behavioral Health, please visit the DSS Fee Schedule Instructions located at www.ctdssmap.com Provider / Provider Fee Schedule Download/ Provider Fee Schedule Instructions (table 10). | CT Behavioral Health Partnership (CTBHP) 1-877-552-8247 or go to www.ctbhp.com |
| Claims | For all Electronic Visit Verification mandated services claims must be submitted via Santrax or via the alternate claim solution for dates of service on or after January 1, 2018 to DXC Technology.  For all non EVV mandated services claims must be submitted directly to DXC Technology. | www.ctdssmap.com |

| "HUSKY C or HUSKY A, Autism Waiver" | | |
|---|---|---|
| Client Population | The Autism Waiver is a Connecticut Home and Community Supports Waiver for Persons with Autism who are at least three years of age with a diagnosis of autism spectrum disorder who live in a family, caregiver's, or one's own home or a Community Companion Home | Autism Eligibility Questions 1-800-445-5394 |
| Program Benefits | All Medicaid Covered Services as presented on page 1 under the eligibility response for "HUSKY C" plus Autism services based on an approved plan of care by the DSS Autism case managers | |
| Prior Authorization Requests | **In addition to those listed above under the Prior Authorization Section on page 1 under the eligibility response for "HUSKY C", Prior Authorization is also required for home health services in excess of the allowed.** | |
| | **Non-Behavioral Health - Home Health Services** Note: All services are required to be on the Care Plan Portal. | DSS Community Options Unit AutismCaseManagement.DSS@ct.gov |
| | **Behavioral Health - Home Health Services** For a list of diagnosis codes that fall under Behavioral Health, please visit the DSS Fee Schedule Instructions located at www.ctdssmap.com Provider / Provider Fee Schedule Download/ Provider Fee Schedule Instructions (table 10). | CT Behavioral Health Partnership (CTBHP) 1-877-552-8247 or go to www.ctbhp.com |
| Claims | Submit All Claims for Services Listed Above to DXC Technology | www.ctdssmap.com |

| "HUSKY C, Personal Care Assistant Waiver" | | |
|---|---|---|
| Client Population | Medicaid client, age 18 to 64 who have a severe, chronic & permanent physical disability requiring assistance with at least two or more daily living activities and has an approved care plan by the DSS Community Options unit via the Access Agency Assessment | |
| Program Benefits | All Medicaid Covered Services as presented on page 1 under the eligibility response for "HUSKY C" plus non-medical home based assistance of daily living services (i.e. bathing, dressing, etc.). | For PCA eligibility questions 1-800-445-5394 |
| PA Requests | **In addition to those listed on page 1 under the Prior Authorization Section under the eligibility response for "HUSKY C", Prior Authorization is also required for clients covered under the Personal Care Attendant for medical services in excess of the allowed and/or if the primary diagnosis is behavioral health.** Prior authorization is requested by the Access Agency Care Manager as follows: | |
| | **Non-Behavioral Health - Home Health Services** All PCA services requiring PA must be submitted through the PCA care plan portal by the Access Agencies. Providers with PA questions related to their care plans should contact the applicable Access Agency Care Manager. | Connecticut Community Care (CCCI) (860) 589-6226 (Bristol office) South Central Area on Aging (AOASCC) (203) 752-3040 South Western Area on Aging (SWCAA) (203) 333-9288 |

| | | Western Area on Aging (203) 465-1000 |
|---|---|---|
| | | |
| | **Behavioral Health - Home Health Services**<br>For a list of diagnosis codes that fall under Behavioral Health, please visit the DSS Fee Schedule Instructions located at www.ctdssmap.com Provider / Provider Fee Schedule Download / Provider Fee Schedule Instructions (table 10). | CT Behavioral Health Partnership (CTBHP) 1-877-552-8247 or go to www.ctbhp.com |
| Claims | For all Electronic Visit Verification mandated services claims must be submitted via Santrax or via the alternate claim solution for dates of service on or after January 1, 2018 to DXC Technology. For all non EVV mandated services claims must be submitted directly to DXC Technology. | www.ctdssmap.com |

| *"HUSKY C, Assisted Living Waiver" or "Connecticut Home Care 1915i Assisted Living"* | | |
|---|---|---|
| Client Population | Medicaid client, 65 years of age or older, on the Connecticut Home Care Program and eligible for Assisted Living Services | |
| Program Benefits | All Medicaid Covered Services as presented on page 1 under the eligibility response for *"HUSKY C"* plus special combination of housing, supportive services, personalized assistance and health care to meet the individual needs of those who need help with the activities of daily living provided in an assisted living environment. | For CHC Eligibility Questions 1-800-445-5394 |
| PA Requests | **Prior Authorization on page 1 under the eligibility response for *"HUSKY C"* applies with the exception of home health services which are under the Assisted Living coverage package.** | |
| Claims | Submit All Claims for Services Listed Above to DXC Technology | www.ctdssmap.com |

| *"HUSKY A or HUSKY C, Katie Beckett Waiver"* | | |
|---|---|---|
| Clients Served | Medicaid children with disabilities. | |
| Program Benefits | All Medicaid Covered Services as presented on page 1 under the eligibility response for *"HUSKY C"* plus case management services. | For eligibility questions 1-800-445-5394 |
| PA Requests | **Prior Authorization on page 1 under the eligibility response for *"HUSKY C"* applies.** | |
| Claims | Submit All Claims for Services Listed Above to DXC Technology | www.ctdssmap.com |

| *"Medicare Covered Services Only"* | | |
|---|---|---|
| Client Population | Individuals that are eligible for Medicare Part B as a Qualified Medicare Beneficiary (QMB) and DSS pays the clients' Part B premium. | |
| Program Benefits | If the Medicaid allowed amount is greater than the Medicare paid amount, benefits are limited to payment of Medicare coinsurance and deductible amounts. Charges that are denied, or not covered by Medicare will not be considered for payment under the QMB program. Most claims are forwarded to DXC Technology from GHI (the Medicare claims processor). Prior Authorization is not required. Claims that do not get forwarded from | www.ctdssmap.com |

| | |
|---|---|
| GHI should be submitted to DXC Technology. | |

| "Limited Behavioral Health Services" | | |
|---|---|---|
| Clients Served | Individuals funded by the Department of Children & Families | |
| Program Benefits | Limited behavioral health services provides intensive in-home child and adolescent psychiatric services (IICAPS) only | |
| PA Requests | Prior Authorization is required. | CT Behavioral Health Partnership (CTBHP) 1-877-552-8247 or go to www.ctbhp.com |
| Claims | Submit All Claims for Services Listed Above to DXC Technology | www.ctdssmap.com |

| "HUSKY B" | | |
|---|---|---|
| Client Population | HUSKY B provides a free or low cost health insurance program for children & youth up to age 19 for families who are not income eligible for HUSKY A (Medicaid). | |
| Program Benefits | HUSKY B does not provide nonemergency medical transportation coverage<br><br>HUSKY B members are responsible for co-pays & coinsurance for the following services:<br>• Medical Services - $10 co-pay Outpatient visits excluding preventative services<br>• Vision and Hearing screening - $15 co-pay<br>• Dental Services - No cost share for preventative services OR 20%, 33%, 50% or 100% cost share dependent on procedure.  Co-insurance for orthodontic care<br>• Pharmacy - $5-Co-pay Generic Drug or Prescribed OTC   $10-Brand Name Drug or Prescribed OTC<br>Behavioral Health - No cost share for inpatient services or detox | CHNCT Call Center 1-800-859-9889<br><br>HUSKY B Client Services 1-877-284-8759 www.ct.gov/husky |
| Prior Authorization Requests | Behavioral Health Services<br>For a list of diagnosis codes that fall under Behavioral Health, please visit the DSS Fee Schedule Instructions located at www.ctdssmap.com Provider / Provider Fee Schedule Download / Provider Fee Schedule Instructions (table 10).<br>• Home Health Services<br>• Psychiatric Inpatient & Outpatient Hospitals<br>• Independent Practitioners<br>• Freestanding Mental Health, Medical, Methadone & Rehabilitation Clinics<br>• Alcohol & Drug Centers<br>• Federally Qualified Health Centers<br>• Psychiatric Residential Treatment Facilities<br>• DCF Residential | CT Behavioral Health Partnership (CTBHP) 1-877-552-8247<br><br>www.ctbhp.com |
| | Advanced imaging and nuclear cardiology studies | www.ct.gov/husky "Radiology Authorization Portal" Fax PA forms – eviCore 1-888-693-3210 |
| | Dental Services | BeneCare Provider |

|  |  | Assistance/Prior Authorization 1-888-445-6665 or www.ctdhp.com |
|--|--|--|
|  |  | Member Services 1-866-420-2924 |
|  | **Pharmacy Services** DXC Technology Pharmacy Prior Authorization Assistance Call Center Prescriber/Pharmacist Relations<br><br>Client Assistance (Pharmacy Only) | 1-866-409-8386 Fax (860) 269-2035<br><br><br>1-866-409-8430 |
| Claims | Submit All Claims for Services Listed Above to DXC Technology | www.ctdssmap.com |

| "HUSKY B Plus" | | |
|---|---|---|
| Client Population | HUSKY B provides a free or low cost health insurance program for children & youth up to age 19 for families who are not income eligible for HUSKY A (Medicaid). | |
| Program Benefits | Additional benefits may be available for a HUSKY B member under HUSKY Plus. HUSKY Plus provides supplemental coverage of goods and services for eligible HUSKY B members under the age of 19 years old; who have intensive physical health needs and have exhausted one or more of their benefits covered under the HUSKY B plan.  For more information about the medical benefits covered under HUSKY Plus, please click on or go to the following web address www.ct.gov/husky and click on "For Providers" under Medical Management select "Benefit Grids" and then scroll down to "HUSKY Plus Grids". <br><br> Select any of the following benefit grids, which are applicable to HUSKY Plus coverage: <br> • Medical Equipment, Devices and Supplies (MEDS or DME) <br> • Hospital Outpatient <br> • Clinic-Rehabilitation <br> • Therapy Services | CHNCT Call Center 1-800-859-9889 <br><br> HUSKY B Client Services 1-877-284-8759 www.ct.gov/husky |
| Prior Authorization Requests | **Non-Behavioral Health Services** <br> Initial requests will be reviewed under HUSKY B plan coverage.  For continuation of services, providers must submit a PA request form requesting services under Husky Plus Clear Coverage Online portal <br><br> • Customized Wheelchairs <br> • Durable Medical Equipment <br> • Medical/Surgical Supplies <br> • Outpatient Hospital <br> • Professional Surgical Services <br> • Physical, Occupational & Speech Therapy <br> • Initial Request and Reauthorization <br> • Portal Urgent DME & Hospital Providers | www.ct.gov/husky Fax PA form to (203) 265-3994 <br><br> Phone 1-800-440-5071 Mon-Fri 8am to 7pm <br><br> PA forms www.ct.gov/husky For Providers Clear Coverage |
| Claims | Submit All Claims for Services Listed Above to DXC Technology | www.ctdssmap.com |

| "Connecticut Home Care Community Based Case Managed State Funded" | | |
|---|---|---|
| Client Population | Individuals, age 65 & older, determined to need case management (i.e. is unable to manage their own care or has no one to do so on their behalf) & has an approved Connecticut Home Care (CHC) plan of care based on the Access Agency Assessment | |
| Program Benefits | Benefits are limited to home health & community based services based on an approved plan of care by the DSS Community Options Unit submitted by the Access Agency.  9% cost share for approved plan of care. | For CHC Eligibility Questions 1-800-445-5394 |
| Prior Authorization Requests | Prior Authorization is required for home health services in excess of the allowed & is requested by the Access Agency Care Manager <br> **Non-Behavioral Health - Home Health Services** <br> All CHC services requiring PA must be submitted through the CHC care plan | Access Agencies: Connecticut Community Care (CCCI) |

| | portal by the Access Agencies. Providers with PA questions related to their care plans should contact the applicable Access Agency Care Manager. | (860) 589-6226 (Bristol office) |
| | | South Central Area on Aging (SCCAA) (203) 752-3040 South Western Area on Aging (SWCAA) (203) 333-9288 Western Area on Aging (203) 465-1000 |
| | Behavioral Health - Home Health Services<br>For a list of diagnosis codes that fall under Behavioral Health, please visit the DSS Fee Schedule Instructions located at www.ctdssmap.com Provider / Provider Fee Schedule Download / Provider Fee Schedule Instructions (table 10). | CT Behavioral Health Partnership (CTBHP) 1-877-552-8247 or go to www.ctbhp.com |
| Claims | For all Electronic Visit Verification mandated services claims must be submitted via Santrax or via the alternate claim solution for dates of service on or after January 1, 2018 to DXC Technology. For all non EVV mandated services claims must be submitted directly to DXC Technology. | www.ctdssmap.com |

| "Connecticut Home Care Self Directed Waiver State Funded" | | |
|---|---|---|
| Client Population | Individuals age 65 & older, able or has someone on their behalf to manage their care, (i.e. arrange care with providers) & has an approved Connecticut Home Care (CHC) plan of care based on the Access Agency Assessment. | |
| Program Benefits | Benefits are limited to home health & community based services based on an approved plan of care by the DSS Community Options Unit via the Access Agency Assessment. 9% cost share for approved plan of care. | CHC eligibility questions 1-800-445-5394 |
| Prior Authorization Requests | Prior Authorization is required for home health services in excess of the allowed | |
| | Non-Behavioral Health – Home Health Services<br>including Non-medical highly chore and minor home modification contact: | DSS Community Options Unit 1-800-445-5394 |
| | Behavioral Health - Home Health Services<br>For a list of diagnosis codes that fall under Behavioral Health, please visit the DSS Fee Schedule Instructions located at www.ctdssmap.com Provider / Provider Fee Schedule Download / Provider Fee Schedule Instructions (table 10). | CT Behavioral Health Partnership (CTBHP) 1-877-552-8247 or go to www.ctbhp.com |
| Claims | For all Electronic Visit Verification mandated services claims must be submitted via Santrax or via the alternate claim solution for dates of service on or after January 1, 2018 to DXC Technology. For all non EVV mandated services claims must be submitted directly to DXC Technology. | www.ctdssmap.com |

| "Connecticut AIDS Drug Assistance Program" (CADAP) | |
|---|---|
| Client Population | Connecticut AIDS Drug Assistance Program (CADAP) assists adults who have been determined to be HIV positive or have AIDS.<br>Effective for dates of service November 1, 2018 and forward the CADAP plan has transitioned to Magellan |

| | Rx Management. | |
|---|---|---|
| Program Benefits | CADAP provides *pharmacy benefits only* for HIV/AIDS medications approved by the U.S. Food and Drug Administration (FDA) and other approved medications to prevent complications associated to HIV/AIDS. | Client Assistance 1-800-424-3110 |
| PA Requests | Magellan Rx Management<br><br>Serostim only contact | 1-800-424-3110<br><br>Fax  1-800-424-7642 |
| Claims | Submit All Claims for dates of service prior to November 1, 2018 to DXC Technology<br>Submit All Claims for dates of services November 1, 2018 and forward to Magellan Rx Management | www.ctdssmap.com<br><br>ctdph.magellanrx.com |

| "Family Planning Services Only" | | |
|---|---|---|
| Client Population | Men and women of child bearing age who are not otherwise eligible for full Medicaid coverage seeking family planning and family planning-related services | |
| Program Benefits | **Family Planning Services**<br><br>Limited benefit provides confidential coverage for select family planning services when the primary reason for the visit is to prevent pregnancy or limit/regulate the number and spacing of children.  Coverage is also provided for limited family planning related services, which are provided as part of or as follow up to the primary family planning visit.<br><br>Family Planning coverage can be found on the header or footer of the applicable fee schedule on the Web site www.ctdssmap.com.  Please refer to the fee schedule applicable to your taxonomy/type/specialty.<br><br>Limited pharmacy coverage that is relevant to the treatment of family planning and family planning related services<br><br>Transportation to and from scheduled medical appointments for family planning<br><br>Please refer to www.ctdssmap.com for additional information related to this eligibility group. | Client Assistance Center (CHNCT) 1-800-859-9889<br><br><br><br>Prescriber/Pharmacist Relations 1-866-409-8386 Fax (860) 269-2035<br><br><br>Veyo 1-855-478-7350 |
| Claims | Submit All Claims for Services Listed Above to DXC Technology | www.ctdssmap.com |

| "Tuberculosis Covered Services Only" | | |
|---|---|---|
| Client Population | Individuals with Tuberculosis (TB) who are not otherwise eligible for full Medicaid benefits | |
| Program Benefits | Coverage for TB related services and limited pharmacy coverage that is relevant to the treatment of TB.<br><br>Prescriber/Pharmacist Relations<br><br>Please refer to www.ctdssmap.com for additional information related to this eligibility group. | Client Assistance Center (CHNCT) 1-800-859-9889<br><br>1-866-409-8386 Fax (860) 269-2035<br>www.ctdssmap.com |
| Claims | Submit All Claims for Services Listed Above to DXC Technology | www.ctdssmap.com |

# EXHIBIT 3



**Connecticut Department of Social Services**
**Medical Assistance Program**                                     **Provider Bulletin 2016-71**
www.ctdssmap.com                                                              **October 2016**

TO:     **Federally Qualified Health Centers**
RE:     **Reimbursement for Services Performed on Dually Eligible (Medicare/Medicaid) Patients**

This provider bulletin is to remind Federally Qualified Health Centers (FQHCs) that the HUSKY Health plan is the payer of last resort for members who are dually eligible for Medicare and Medicaid.   All encounters for services provided to any HUSKY Health member who is dually eligible for coverage under the Medicare and Medicaid programs must be submitted to the Medicare plan prior to being remitted to the HUSKY Health plan.

### Reimbursement by the HUSKY Health Plan for Denied Medicare Claims

If services provided to dually eligible members are denied for reimbursement by the Medicare plan, and the service is eligible for Medicaid reimbursement, FQHCs may submit those claims for reimbursement.  Note, however, that the Department will not reimburse denied Medicare claims if the denial was based on incorrect claim submission to the Medicare plan.  Please refer to the "Billing Instructions" of this provider bulletin for more information about submitting claims for Medicare reimbursement.

### Reimbursement by the HUSKY Health Plan for Approved Medicare Claims

The Department will reimburse the difference between the amount paid by Medicare and the Medicaid encounter rate.

Reminder: Medicare crossover claims are reimbursed at the full Medicaid FQHC clinic encounter rate for procedure code T1015, minus the Medicare payment.  As a result, the Medicaid payment could be greater than or less than the coinsurance and/or deductible amount reflected on the Explanation of Medicare Benefits (EOMB).

### Documentation and Auditing

All documentation must be in compliance with Sec. 17b-262-1004 of the regulations of Connecticut state agencies.  Also, as required by that regulation, all of the required documentation for encounters must be retained in the member's medical file and it must be available to the Department upon request.

FQHCs must also retain a copy of the Explanation of Medicare Benefits (EOMB) as part of the member's file for auditing purposes. The Department may disallow and recover any amounts paid to FQHCs for which the required documentation is not maintained and not provided to the Department upon request.

### Billing Instructions

FQHCs should refer to Provider Manual Chapter 8, Section 8.5 to obtain billing instructions for dually eligible members.  This manual can be accessed from the Connecticut Medical Assistance Program (CMAP) Web site, www.ctdssmap.com, by selecting "Information" then "Publications" and scrolling down to the Provider Manuals section of the page.  From the Chapter 8 drop down menu, select "Federally Qualified Health Center".

Providers, who have received documentation from the Centers for Medicare and Medicaid Services (CMS) confirming their ineligibility to enroll as a Medicare provider, should refer to Provider Manual Chapter 8 FQHC as instructed above and/or Chapter 5 on the CMAP Web site for billing instructions.

FQHCs should refer to the Medicare claim processing manual and related articles found on CMS.gov to review the billing instructions for submitting claims to Medicare for FQHCs' encounters.

If you have any questions regarding this bulletin, please contact the Provider Assistance Center at 1-800-842-8440.

---



Hewlett Packard
Enterprise

Questions? Need assistance? Call the Provider Assistance Center Mon. -- Fri. 8:00 a.m. – 5:00 p.m.
Toll free 1-800-842-8440 or write to Hewlett Packard Enterprise, PO Box 2991, Hartford, CT 06104
Program information is available at www.ctdssmap.com

# *EXHIBIT 4*

# 5.6  Timely Filing Guidelines

*The preparation of this document was financed under an agreement with the Connecticut Department of Social Services.*

## Claim Requirements

| | |
|---|---|
| Provider Responsibility | It is the provider's responsibility to ensure that all claims for services provided to a client are submitted within one (1) year from the actual date of service or within 120 days from the date of service depending on the client's benefit plan as described in the following section titled Exceptions to the Timely Filing Limit. |
| | Providers are advised to research and resolve all claim issues by reviewing the Connecticut Medical Assistance Program Remittance Advice (RA) each time it is sent to the provider.  DXC Technology's Provider Assistance Center is available for assistance. |
| Processing Claims Beyond the Timely Filing Limit | Claims sent to DXC Technology beyond the timely filing limit are processed as follows: |

- If the claim has invalid documentation to override the timely filing limit, the claim will appear on a Remittance Advice (RA) with the Explanation of Benefits EOB message "Claim exceeds timely filing limit".

| | |
|---|---|
| | Providers are no longer required to submit claims on paper that exceed timely filing when documentation exists that waive the timely filing limit, such as an RA, other insurance carrier's Explanation of Benefits (EOB), or Explanation of Medicare Benefits (EOMB), with the exception of pharmacy services with a valid remittance advice, EOB, or return to provider (RTP) date. |
| Other Insurance/Medicare | For additional detailed information on other insurance and Medicare billing, providers should refer to Chapter 11 of the Provider Manual.    This chapter is available at www.ctdssmap.com, by selecting Information, then Publications, and scrolling down to Provider Manuals Chapter 11.  From the drop down box, select the appropriate chapter based on claim type. |

*As of October 1, 2016, DSS will NOT accept claims submitted on paper with exception to OOS providers and special handled claims.

## Exceptions to the Timely Filing Limit

*The preparation of this document was financed under an agreement with the Connecticut Department of Social Services.*

DSS has directed DXC Technology to waive the timely filing limit if the following conditions exist. **Claims do not need to be submitted on paper** to override the timely filing rule unless the claim is for pharmacy services. Pharmacy services must be submitted on paper with a valid remittance advice, EOB, or RTP attached. For all other exceptions, DXC Technology will validate that the condition exists to override timely filing via the data submitted on the claim and the provider's past claim submission history. The conditions that waive the timely filing limit are explained below.

*As of October 1, 2016, DSS will NOT accept claims submitted on paper with exception to OOS providers and special handled claims.

| Benefit Plan | Conditions that Waive the Timely Filing Limit |
|---|---|
| HUSKY C and HUSKY D | For **medical, dental, FQHC, or behavioral health services:**<br><br>• Providers have **one (1) year** from the date of the most recent RA indicating a denial to resubmit the claim, provided the denial was <u>not</u> for timely filing.<br><br>• The date of service on the claim must fall within **one (1) year** of the issue date on the other insurance denial, providing the denial was <u>not</u> for timely filing. A copy of the carrier's Explanation of Benefits (EOB) or Explanation of Medicare Benefits (EOMB) must be retained by the provider in the client's file.<br><br>• The provider has **one (1) year** from the date the client's eligibility was added to the Connecticut InterChange Medicaid Management Information System (MMIS) eligibility file to submit the claim.<br><br>• The provider has **one (1) year** from the Nursing Home authorization pay start date if authorization was added to the Connecticut InterChange MMIS system after the through date of service.<br><br>For **pharmacy services:**<br><br>• The provider has **one (1) year** from the dispense date of the medication to resubmit the claim. |
| HUSKY A and HUSKY B | For **non-behavioral health services, medical services** and **non-pharmacy services:** |

*The preparation of this document was financed under an agreement with the Connecticut Department of Social Services.*

| Benefit Plan | Conditions that Waive the Timely Filing Limit |
|---|---|
| | • Providers have **one (1) year** from the date of the most recent RA indicating a denial to resubmit the claim, provided the denial was <u>not</u> for timely filing. |
| | • The date of service on the claim must fall within **one (1) year** of the issue date on the other insurance denial, providing the denial was <u>not</u> for timely filing. A copy of the carrier's Explanation of Benefits (EOB) or Explanation of Medicare Benefits (EOMB) must be retained by the provider in the client's file. |
| | • The provider has **one (1) year** from the date the **client's** eligibility was added to the Connecticut interChange Medicaid Management Information System (MMIS) eligibility file to submit the claim. |
| | For **behavioral health services:** |
| | • Providers have **120 days** from the date of the most recent RA indicating a denial to resubmit the claim, provided the denial was <u>not</u> for timely filing. |
| | • The date of service on the claim must fall within **120 days** of the issue date on the other insurance denial, providing the denial was <u>not</u> for timely filing. |
| | • The provider has **120 days** from the date the client's eligibility was added to the Connecticut interChange Medicaid Management Information System (MMIS) eligibility file to submit the claim. |
| | • Note this exception: All medical FQHC services for HUSKY A and HUSKY B clients, including behavioral health services, are subject to a **one (1) year** timely filing rule. |
| | For **pharmacy services:** |

*The preparation of this document was financed under an agreement with the Connecticut Department of Social Services.*

| Benefit Plan | Conditions that Waive the Timely Filing Limit |
|---|---|
| | • The provider has **one (1) year** from the dispense date of the medication to resubmit the claim. |
| All – Retroactive | Providers may contact the DXC Technology Provider Assistance Center to obtain add dates for retroactive client eligibility and retroactive pay start authorizations for Nursing Home providers. |
| All - Adjustments | A paper PCAR is no longer required to return funds via a claim adjustment.  Providers may submit an electronic adjustment or Web claim adjustment to return funds without the claim denying in full for timely filing. |

*The preparation of this document was financed under an agreement with the Connecticut Department of Social Services.*

# *EXHIBIT 5*

**Migdalia Burgos**

| | |
|---|---|
| **From:** | Robinson-Rush, Dana <Dana.Robinson-Rush@ct.gov> |
| **Sent:** | Friday, July 13, 2018 1:13 PM |
| **To:** | Migdalia Burgos |
| **Subject:** | RE: Denial reason codes from Medicare Managecare Plans, Medi Blue, United Healthcare [not-secure] |

Hello Migdalia,
Thank you for sending me these follow-up questions because I better understand what you are seeking clarification for. I researched those Medicare denial reasons and any claims with these denial reasons will not be eligible for reimbursement from the HUSKY Health plan.

*Dana*
HPA1- Division of Health Services-Medical Policy
Direct: 860-424-5615
Email: Dana.Robinson-Rush@ct.gov

**From:** Migdalia Burgos [mailto:mburgos@opthc.org]
**Sent:** Thursday, July 12, 2018 2:27 PM
**To:** Robinson-Rush, Dana
**Subject:** RE: Denial reason codes from Medicare Managecare Plans, Medi Blue, United Healthcare [not-secure]

Hi Dana, I apologize in advance for all the questions; but as I read in chapter 11.7 it gives me the explanation:
If Medicare denied the claim, Medicare will not send the claim to DXC Technology. The provider must submit this claim to DXC Technology. This claim is no longer a crossover claim. A claim denied by Medicare is considered a straight Medicaid claim. If the claim is submitted to DXC Technology on a UB-04 paper claim form, the EOMB must be sent with the claim when Medicare has made a payment. If Medicare has denied the claim, the EOMB should not be sent with the claim.

It does not give me specifics on HMO Manage care plans if you can please help me understand submissions for claims denied from the Medicare managed care plans BCBS, UHC, AETNA denied for the below reasons, am I allowed to submit to Medicaid for payment
243   SERVICES NOT AUTHORIZED BY NETWORK/PRIMARY CARE PROVIDERS.
242   SERVICES NOT PROVIDED BY NERWORK/PRIMARY CARE PROVIDERS.

Are these valid denials for Medicaid?

*"I never Dreamed about Success, I worked for it."*

Migdalia Burgos
Sr. Revenue Cycle Specialist

 **OPTIMUS** HEALTH CARE

480 Barnum Ave 2nd FL
Bridgeport, CT 06608
(Tel) 203-696-3260 ext. 3475
(Fax) 203-683-3611
(Cell) 203-923-5445

This email and any files transmitted with it are confidential and intended solely for the use of   the individual to
whom it is addressed.  If you have received this email in error please notify the system manager.  Please note that
any views or opinions presented in this email are solely those of the author and do not necessarily represent those
of the company.

**From:** Robinson-Rush, Dana [mailto:Dana.Robinson-Rush@ct.gov]
**Sent:** Thursday, July 12, 2018 2:01 PM
**To:** Migdalia Burgos <mburgos@opthc.org>
**Subject:** RE: Denial reason codes from Medicare Managecare Plans, Medi Blue, United Healthcare [not-secure]

Good afternoon,
Please refer to Chapter 11, Section 11.7 found on the CMAP website (www.ctdssmap.com) for guidance on billing
Medicare as the primary insurance. If you have any specific questions on this topic, please feel free to email them to me.
Thank you,

*Dana Robinson-Rush,* M.P.A.
HPA1- Division of Health Services-Medical Policy
Department of Social Services
55 Farmington Avenue
Hartford, CT  06105
Direct: 860-424-5615/Fax: 860-424-5799
Email: Dana.Robinson-Rush@ct.gov

HUSKY Healthcare: www.huskyhealth.com
CT Medical Assistance Program (CMAP) Website: www.ctdssmap.com
DSS Website: www.ct.gov/dss

**From:** Migdalia Burgos [mailto:mburgos@opthc.org]
**Sent:** Wednesday, July 11, 2018 2:37 PM
**To:** Robinson-Rush, Dana
**Subject:** Denial reason codes from Medicare Managecare Plans, Medi Blue, United Healthcare etc.

Hi Dana,

I need your help now in getting some clarity on billing Medicaid for Medicare Manage care plans denials, the reason codes are XAN, XAK, 242 and 243 which I was told that Medicaid should pay them, however I do not feel comfortable billing Medicaid without have an accurate answer.

| EXPL CODES: | EXPLANATION |
|---|---|
| XAN | This claim was not paid because the service was performed by a doctor who is no in the members plan and prior approval wasn't received. Claim remains denied. Plan requires use of Plan Providers unless or prior authorization obtained. |
| XAK | Additional info received, claim remains denied. Plan requires use of Plan Providers unless emergent or prior authorization obtained. |
| 243 | SERVICES NOT AUTHORIZED BY NETWORK/PRIMARY CARE PROVIDERS. |
| 242 | SERVICES NOT PROVIDED BY NERWORK/PRIMARY CARE PROVIDERS. |

I have tried to find information in the Publications in DSS, and no luck, I would like to direct that staff in the correct way of submission of claims to Medicaid; your help greatly appreciated.

Thank you

*"I never Dreamed about Success, I worked for it."*

Migdalia Burgos
Sr. Revenue Cycle Specialist



480 Barnum Ave 2nd FL

480 Barnum Ave 2nd FL
Bridgeport, CT 06608
(Tel) 203-696-3260 ext. 3475
(Fax) 203-683-3611
(Cell) 203-923-5445

This email and any files transmitted with it are confidential and intended solely for the use of the individual to whom it is addressed. If you have received this email in error please notify the system manager. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the company.

# 11.7   Medicare as Primary

*The preparation of this document was financed under an agreement with the Connecticut Department of Social Services.*

This section contains information regarding claim submission to the Connecticut Medical Assistance Program when the client has Medicare coverage. It includes the process for submitting claims after Medicare has either made a payment or denied a claim. If Medicare coverage exists, the claim must first be submitted to Medicare for reimbursement of services.

If Medicare made payment or allowed the claim, the claim should be automatically transmitted to Hewlett Packard Enterprise by Medicare. This should occur within 45 days of the provider's receipt of the Medicare Explanation of Medicare Benefit (EOMB). This claim is called a crossover claim. If this automatic transmission does not occur, the provider should submit the crossover claim to Hewlett Packard Enterprise. If a provider's crossover claims are not routinely submitted automatically to Hewlett Packard Enterprise by Medicare, the provider should contact Hewlett Packard Enterprise to determine the cause.

If Medicare denied the claim, Medicare will not send the claim to Hewlett Packard Enterprise. The provider must submit this claim to Hewlett Packard Enterprise. This claim is no longer a crossover claim. A claim denied by Medicare is considered a straight Medicaid claim.

If the claim is submitted to Hewlett Packard Enterprise on a UB-04 paper claim form, the EOMB **must** be sent with the claim when Medicare has made a payment. If Medicare has denied the claim, the EOMB **should not** be sent with the claim. Please note that crossover claims may be submitted to Hewlett Packard Enterprise electronically which is the most efficient method to submit this type of claim. The EOMB guidelines listed below must be followed:

➢ Providers must submit **one** paper claim attached to **one** EOMB when Medicare made a payment. No EOMB is required when Medicare denies the claim.
➢ Claims with multiple EOMBs attached to one claim or multiple claims attached to one EOMB will not be processed and will be returned to the provider.
➢ The patient name, dates of service and submitted charge on the EOMB must be exactly the same on the paper claim.
➢ The number of detail lines submitted on the claim must have corresponding detail lines on the EOMB.
➢ Columns that indicate Medicare billed amount, allowed amount, paid amount, coinsurance and deductible must appear on the EOMB.
➢ When submitting a UB-04 paper claim, providers must submit an original red claim form.

**Behavioral health rehabilitation services to individuals under the age of 21:**

➢ Intensive In-home Child and Adolescent Psychiatric Services (IICAPS)
➢ Multisystemic Therapy (MST)
➢ Multidimensional Family Therapy (MDFT)
➢ Functional Family Therapy (FFT)
➢ Extended Day Treatment (EDT)

The Department acknowledges that many primary insurance carriers do not cover the listed rehabilitation services. Therefore, the provider must obtain a denial letter that clearly articulates that the service rendered is not a covered service. This letter must be kept on file in the client's record. If the episode of care lasts longer than six months, the provider must pursue and obtain subsequent denial letters for each six month period of treatment. The denial letter from the primary insurance carrier will be accepted as evidence of pursuit of third party reimbursement for auditing purposes for the applicable six month period of treatment. Each six month period of treatment must have a denial letter.

*The preparation of this document was financed under an agreement with the Connecticut Department of Social Services.*

A copy of denial letter from the primary carrier must be stored in the client's file for audit purposes and does not need to be submitted with the claim to Hewlett Packard Enterprise. The TPL denial date submitted on the claim would represent the date the letter was received from the primary carrier.

The preparation of this document was financed under an agreement with the Connecticut Department of Social Services.

# EXHIBIT 6

**From:** Robinson-Rush, Dana [mailto:Dana.Robinson-Rush@ct.gov]
**Sent:** Thursday, May 10, 2018 2:13 PM
**To:** Migdalia Burgos <mburgos@opthc.org>
**Subject:** RE: Medicare Timely [not-secure]

Good afternoon,
Please refer to the attached bulletin, PB-16-71 which states that the HUSKY Health plan will only pay for eligible services when denied by Medicare. Denial due to timely filing requirements is not an eligible service.

*Dana Robinson-Rush*, M.P.A.
HPA1- Division of Health Services-Medical Policy
Department of Social Services
55 Farmington Avenue
Hartford, CT  06105
Direct: 860-424-5615/Fax: 860-424-5799
Email: Dana.Robinson-Rush@ct.gov

HUSKY Healthcare: www.huskyhealth.com
CT Medical Assistance Program (CMAP) Website: www.ctdssmap.com
DSS Website: www.ct.gov/dss

**From:** Migdalia Burgos [mailto:mburgos@opthc.org]
**Sent:** Thursday, May 10, 2018 10:12 AM
**To:** Robinson-Rush, Dana
**Subject:** Medicare Timely

Good morning Dana,

My name is Migdalia Burgos, I was referred by Dorothy Smith to contact you for some clarification on Medicare timely filing.

My question is when we do not bill Medicare in time and Medicare denies the visit for timely filing; can we bill the claim to Medicaid for payment regardless of what type of Medicaid plan QMB, Husky, etc.?

Thank you,

"The best preparation for tomorrow is doing your best today." H.Jackson Brown Jr.

Migdalia Burgos
Sr. Revenue Cycle Specialist

<image002.png>
480 Barnum Ave 2nd FL
Bridgeport, CT 06608
(Tel) 203-696-3260 ext. 3475

4

# *EXHIBIT 7*

Migdalia Burgos

| From: | Migdalia Burgos |
|---|---|
| Sent: | Wednesday, July 11, 2018 4:57 PM |
| To: | Migdalia Delgado |
| Cc: | Blanca Vega; Blanca Roman |
| Subject: | RE: Medicare Timely [not-secure] |

Absolutely I agree, I always exhaust all my resources before I reach out to any outsource and after previous conversations with you; I did not think it will be.a problem. Moving forward I will send you the questions and you can direct me in what avenue to go.

Again thank you Micki

"I never Dreamed about Success, I worked for it."

Migdalia Burgos
Sr. Revenue Cycle Specialist

**OPTIMUS** HEALTH CARE
480 Barnum Ave 2nd FL
Bridgeport, CT 06608
(Tel) 203-696-3260 ext. 3475
(Fax) 203-683-3611
(Cell) 203-923-5445

This email and any files transmitted with it are confidential and intended solely for the use of   the individual to whom it is addressed.  If you have received this email in error please notify the system manager.  Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the company.

**From:** Migdalia Delgado
**Sent:** Wednesday, July 11, 2018 4:50 PM
**To:** Migdalia Burgos <mburgos@opthc.org>
**Cc:** Blanca Vega <bvega@opthc.org>; Blanca Roman <broman@opthc.org>
**Subject:** RE: Medicare Timely [not-secure]

Staywell and Generations have Intergy, so I usually call them on billing setups, not policy.

I would prefer that you not seek advice from a previous Optimus Billing Manager, Dorothy Smith.  Also, before we ask other FQHCs I prefer to research and if necessary then go to DSS depending on the question.

1

From: Migdalia Delgado
Sent: Wednesday, July 11, 2018 3:35 PM
To: Migdalia Burgos <mburgos@opthc.org>; Blanca Roman <broman@opthc.org>
Cc: Maria Aponte <maponte@opthc.org>
Subject: RE: MEDI BLUE

We were going to discuss with you today since you were not here.  Blanca explained the process step by step.  I didn't know that you were emailing policy at DSS.

Let's all research, before we take to a higher level.  Thanks.

From: Migdalia Burgos
Sent: Wednesday, July 11, 2018 3:30 PM
To: Blanca Roman; Migdalia Delgado
Cc: Maria Aponte
Subject: RE: MEDI BLUE

As per the email below, and our conversation I did not get that it will be a problem with reaching out to Dana, especially with all the research that was done yesterday and still nothing to back up that is was a billable claim.

I will definitely keep you posted on the response she gets back to me.

Thanks

"I never Dreamed about Success, I worked for it."

Migdalia Burgos
Sr. Revenue Cycle Specialist

OPTIMUS HEALTH CARE
480 Barnum Ave 2nd FL
Bridgeport, CT 06608
(Tel) 203-696-3260 ext. 3475
(Fax) 203-683-3611
(Cell) 203-923-5445

This email and any files transmitted with it are confidential and intended solely for the use of   the individual to whom it is addressed.  If you have received this email in error please notify the system manager.  Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the company.

From: Blanca Roman
Sent: Wednesday, July 11, 2018 9:46 AM

Migdalia Burgos

| | |
|---|---|
| From: | Migdalia Delgado |
| Sent: | Monday, July 9, 2018 4:40 PM |
| To: | Migdalia Burgos |
| Cc: | Blanca Roman; Blanca Vega |
| Subject: | Re: Medicare Timely [not-secure] |

I thought blanca was sending back to them with the info. We'll discuss tomorrow. Thanks!

Sent from my iPhone

On Jul 9, 2018, at 1:12 PM, Migdalia Burgos <mburgos@opthc.org> wrote:

> A question came up; where Medicare Manage care clients are referred to one of our
> specialty and NO referral or Prior Authorization is attained is not a true denial for non-
> covered services through Medicaid.
>
>
> "I never Dreamed about Success, I worked for it."
>
> Migdalia Burgos
> Sr. Revenue Cycle Specialist
> <image005.png>
> 480 Barnum Ave 2nd FL
> Bridgeport, CT 06608
> (Tel) 203-696-3260 ext. 3475
> (Fax) 203-683-3611
> (Cell) 203-923-5445
>
> > This email and any files transmitted with it are confidential and intended solely for the use
> > of   the individual to whom it is addressed.  If you have received this email in error please notify
> > the system manager.  Please note that any views or opinions presented in this email are solely
> > those of the author and do not necessarily represent those of the company.
>
>
>
>
> From: Migdalia Delgado
> Sent: Monday, July 9, 2018 7:48 AM
> To: Migdalia Burgos <mburgos@opthc.org>
> Cc: Blanca Roman <broman@opthc.org>; Blanca Vega <bvega@opthc.org>
> Subject: Re: Medicare Timely [not-secure]

1

I thought we knew this. Why happened?

Sent from my iPhone

On Jul 6, 2018, at 3:38 PM, Migdalia Burgos <mburgos@opthc.org> wrote:

"I never Dreamed about Success, I worked for it."

Migdalia Burgos
Sr. Revenue Cycle Specialist
<image006.png>
480 Barnum Ave 2nd FL
Bridgeport, CT 06608
(Tel) 203-696-3260 ext. 3475
(Fax) 203-683-3611
(Cell) 203-923-5445

> This email and any files transmitted with it are confidential and intended solely
> for the use of the individual to whom it is addressed. If you have received this
> email in error please notify the system manager. Please note that any views or
> opinions presented in this email are solely those of the author and do not
> necessarily represent those of the company.

From: Robinson-Rush, Dana [mailto:Dana.Robinson-Rush@ct.gov]
Sent: Thursday, May 10, 2018 2:13 PM
To: Migdalia Burgos <mburgos@opthc.org>
Subject: RE: Medicare Timely [not-secure]

Good afternoon,
Please refer to the attached bulletin, PB-16-71 which states that the HUSKY
Health plan will only pay for eligible services when denied by Medicare. Denial
due to timely filing requirements is not an eligible service.

*Dana Robinson-Rush,* M.P.A.
HPA1- Division of Health Services-Medical Policy
Department of Social Services
55 Farmington Avenue
Hartford, CT 06105
Direct: 860-424-5615/Fax: 860-424-5799
Email: Dana.Robinson-Rush@ct.gov